DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEWIS ASHLEY SMITH,**
Appellant,

v.

**CHRISTINE M. SMITH,**
Appellee.

No. 4D16-3442

[February 15, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312011DR001052.

Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Linda L. Weiksnar of Crary Buchanan, Stuart, for appellant.

Craig M. Rappel of Rappel Health Law Group, PL, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***